IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02249-BNB

ROY D. SPENCER,

　　Plaintiff,

v.

U.S. POSTAL SERVICE, John E. Potter, Postmaster General,

　　Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2008

GREGORY C. LANGHAM
　　　　　　　　CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 7, 2008, at Denver, Colorado.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Boyd N. Boland
　　　　　　　　　　　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02249-BNB

Roy D. Spencer
9650 E. Geddes Ave #111
Englewood, CO 80112

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/7/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk