IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02249-LTB-MEH

ROY D. SPENCER,

    Plaintiff,

v.

U.S. POSTAL SERVICE, and,
JOHN E. POTTER, Postmaster General,

    Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2009.**

    Plaintiff's Motion for Leave [filed January 27, 2009; docket #23] is **stricken** for failure to comply with this Court's instructions given on the record at the status conference held January 27, 2009. The Court instructed Plaintiff, pursuant to the Federal Rules of Civil Procedure and the U.S. District Court for the District of Colorado Local Rules of Practice governing the filing of motions generally, to (1) file a motion for leave to file a Second Amended Complaint; (2) put in that motion the Defendants' position pursuant to Rule 7.1(A) (at the conference on January 27, counsel for Defendants stated she would not oppose such a motion); (3) use the form Title VII complaint for *pro se* litigants and title it "Second Amended Title VII Complaint"; (4) attach the proposed Second Amended Title VII Complaint to the motion for leave to file second amended complaint; and (5) in the proposed Second Amended Title VII Complaint, clearly identify his claim (*i.e.*, what wrongful employment action he suffered, and why that action was wrongful under the law) and attach his EEOC filings. Plaintiff utterly failed to follow the Court's instructions and filed a document that does not comply with the requirements of the Local Rules or the Federal Rules.