IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02249-KLM-MEH

ROY D. SPENCER,

    Plaintiff,

v.

U.S. POSTAL SERVICE and,
JOHN E. POTTER, Postmaster General,

    Defendant(s).

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on March 30, 2009, by Judge Lewis T. Babcock and was assigned to Magistrate Judge Kristen L. Mix on March 30, 2009. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Michael E. Hegarty is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Judge Lewis T. Babcock on November 13, 2008 [Docket No. 10], is **vacated**.

    IT IS FURTHER **ORDERED** that a Final Pretrial Conference will be held by Magistrate Judge Kristen L. Mix on **November 2, 2009 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

Dated: April 6, 2009

                                            BY THE COURT:

                                            s/ Kristen L. Mix
                                            KRISTEN L. MIX
                                            United States Magistrate Judge