IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02249-KLM-MEH

ROY D. SPENCER,

    Plaintiff,

v.

U.S. POSTAL SERVICE and,
JOHN E. POTTER, Postmaster General,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*.  In its Order of February 1, 2010 [Docket No. 61], the Court directed Plaintiff to cure deficiencies in his Notice of Appeal [Docket No. 58] by either submitting his filing fee or filing a  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  This Order was issued in error, as Plaintiff previously filed a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Docket No. 1].  Accordingly,

    IT IS HEREBY **ORDERED** that the Order of February 1, 2010 is **VACATED**.  The Court will review Plaintiff's previously filed *Motion* [#1].

    Dated:  February 2, 2010